IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION,<br><br>             Plaintiffs,<br>  v.<br><br>HTC CORP. and HTC AMERICA, INC.,<br><br>             Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 15-1126-GMS<br>)<br>)<br>)<br>) |

## **HTC CORP. AND HTC AMERICA, INC.'S MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants HTC Corp. and HTC America, Inc. (collectively, "HTC") respectfully move to dismiss Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corp.'s (collectively, "Philips") allegations of direct infringement, induced infringement, and contributory infringement, and therefore dismiss Philips' Complaint for Patent Infringement (D.I. 1). The grounds for this motion are fully set forth in HTC's Opening Brief in Support of Its Rule 12(b)(6) Motion to Dismiss Plaintiffs' Complaint, which is being filed contemporaneously with this motion.

|  |  |
|---|---|
|  | */s/ Karen E. Keller* |
|  | John W. Shaw (No. 3362) |
| OF COUNSEL: | Karen E. Keller (No. 4489) |
| John Schnurer | Andrew E. Russell (No. 5382) |
| Kevin Patariu | SHAW KELLER LLP |
| Ryan Hawkins | 300 Delaware Avenue, Suite 1120 |
| Louise Lu | Wilmington, DE 19801 |
| Vinay Sathe | (302) 298-0700 |
| PERKINS COIE LLP | jshaw@shawkeller.com |
| 11988 El Camino Road, Suite 350 | kkeller@shawkeller.com |
| San Diego, CA 92130 | arussell@shawkeller.com |
| (858) 720-5700 | *Attorneys for Defendants* |

Ryan McBrayer
Jonathan Putman
PERKINS COIE LLP
1201 Third Avenue
Suite 4900
Seattle, WA 98101
(206) 359-8000

Dated:  March 9, 2016