IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>HTC CORP. and HTC AMERICA, INC.,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 15-1126-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 13, 2016, the following documents were served on the persons listed below in the manner indicated:

1. HTC Defendants' Notice of Third Party Subpoena Directed to Apple Inc.

2. HTC Defendants' Notice of Third Party Subpoena Directed to International Business Machine Corporation

3. HTC Defendants' Notice of Third Party Subpoena Directed to ESRI Global, Inc.

4. HTC Defendants' Notice of Third Party Subpoena Directed to Michael Patrick

5. HTC Defendants' Notice of Third Party Subpoena Directed to Rex B. Cruse

6. HTC Defendants' Notice of Third Party Subpoena Directed to Marco Frigino

**BY E-MAIL**

| | |
|---|---|
| Michael P. Kelly | Michael P. Sandonato |
| Daniel M. Silver | John D. Carlin |
| Benjamin A. Smyth | Jonathan M. Sharret |
| MCCARTER & ENGLISH, LLP | Daniel A. Apgar |
| Renaissance Centre | FITZPATRICK, CELLA, HARPER & SCINTO |
| 405 N. King Street, 8th Floor | 1290 Avenue of the Americas |
| Wilmington, DE 19801 | New York, NY 10104 |
| mkelly@mccarter.com | msandonato@fchs.com |
| dsilver@mccarter.com | jcarlin@fchs.com |
| bsmyth@mccarter.com | jsharret@fchs.com |
| | dapgar@fchs.com |

| | |
|---|---|
| Michael J. Newton | Matt Warren |
| Derek Neilson | Patrick Shields |
| Sang (Michael) Lee | Brian Wikner |
| ALSTON & BIRD LLP | Erika Mayo |
| 2828 N. Harwood Street, Suite 1800 | WARREN LEX LLP |
| Dallas, TX 75201 | 2261 Market Street, No. 606 |
| mike.newton@alston.com | San Francisco, CA 94114 |
| derek.neilson@alston.com | 15-1170@cases.warrenlex.com |
| michael.lee@alston.com | |
| | |
| Rodger D. Smith II | Adam W. Poff |
| Eleanor G. Tennyson | Anne Shea Gaza |
| Karen Jacobs | Samantha G. Wilson |
| Mirco J. Haag | Karen L. Pascale |
| MORRIS, NICHOLS, ARSHT & | Robert M. Vrana |
| TUNNELL LLP | YOUNG CONAWAY STARGATT & |
| 1201 North Market Street | TAYLOR LLP |
| P.O. Box 1347 | Rodney Square |
| Wilmington, DE 19899 | 1000 North King Street |
| rsmith@mnat.com | Wilmington, DE 19801 |
| etennyson@mnat.com | apoff@ycst.com |
| kjacobs@mnat.com | agaza@ycst.com |
| mhaag@mnat.com | swilson@ycst.com |
| | kpascale@ycst.com |
| | rvrana@ycst.com |
| | |
| Xavier M. Brandwajn | P. Andrew Blatt |
| ALSTON & BIRD LLP | WOOD HERRON & EVANS LLP |
| 1950 University Avenue, 5th Floor | 2700 Carew Tower |
| East Palo Alto, CA 94303 | Cincinnati, OH 45202 |
| xavier.brandwajn@alston.com | dblatt@whe-law.com |
| | |
| Bryan G. Harrison | |
| LOCKE LORD LLP | |
| Terminus 200 | |
| 3333 Piedmont Road NE | |
| Suite 1200 | |
| Atlanta, GA 30305 | |
| bryan.harrison@lockelord.com | |

OF COUNSEL:
John Schnurer
Kevin Patariu
Ryan Hawkins
Louise Lu
Vinay Sathe
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130
(858) 720-5700

Ryan McBrayer
Jonathan Putman
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
(206) 359-8000

Dated: September 14, 2016

/s/ Karen E. Keller
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendants*