IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br>         Plaintiffs, <br>     v. <br> HTC CORP. and HTC AMERICA, INC., <br>         Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )    C.A. No. 15-1126-GMS <br> ) <br> ) <br> ) <br> ) |

## MOTION AND PROPOSED ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Antoine M. McNamara, Stevan R. Stark, and Tyler C. Peterson of Perkins Coie LLP, 1201 Third Avenue, Suite 4900, Seattle, WA 98101 to represent Defendants HTC Corp and HTC America, Inc. in this matter.

| OF COUNSEL: | */s/ Karen E. Keller* |
|---|---|
| | John W. Shaw (No. 3362) |
| John Schnurer | Karen E. Keller (No. 4489) |
| Kevin Patariu | Andrew E. Russell (No. 5382) |
| Ryan Hawkins | SHAW KELLER LLP |
| Louise Lu | 300 Delaware Avenue, Suite 1120 |
| Vinay Sathe | Wilmington, DE 19801 |
| PERKINS COIE LLP | (302) 298-0700 |
| 11988 El Camino Real, Suite 350 | jshaw@shawkeller.com |
| San Diego, CA 92130 | kkeller@shawkeller.com |
| (858) 720-5700 | arussell@shawkeller.com |
| | |
| Ryan McBrayer | *Attorneys for Defendants* |
| Jonathan Putman | |
| PERKINS COIE LLP | |
| 1201 Third Avenue | |
| Suite 4900 | |
| Seattle, WA 98101 | |
| (206) 359-8000 | |

Dated: September 16, 2016

## **[PROPOSED] ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of

Antoine M. McNamara, Stevan R. Stark, and Tyler C. Peterson is GRANTED.

                                                                                            Honorable Gregory M. Sleet
                                                                                           United States District Judge

Dated: _____, 2016

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bars of the State of Washington and California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: September 13, 2016

Antoine M. McNamara
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
(206) 359-8000
AMcNamara@perkinscoie.com

3

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Washington, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: Sept. 13, 2016

Stevan R. Stark
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
(206) 359-8000
SStark@perkinscoie.com

4

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Washington, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: Sept. 13, 2016

Tyler C. Peterson
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
(206) 359-8000
TylerPeterson@perkinscoie.com