IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>            Plaintiffs,<br><br>v.<br><br>HTC CORP. and HTC AMERICA, INC.,<br><br>            Defendants. | C.A. No. 15-1126-GMS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 22, 2016, the following document was served on the persons listed below in the manner indicated:

1. Defendants' First Set of Common Interrogatories to Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (Nos. 1-2)

**BY E-MAIL**

| | |
|---|---|
| Michael P. Kelly<br>Daniel M. Silver<br>Benjamin A. Smyth<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>mkelly@mccarter.com<br>dsilver@mccarter.com<br>bsmyth@mccarter.com | Michael P. Sandonato<br>John D. Carlin<br>Jonathan M. Sharret<br>Daniel A. Apgar<br>FITZPATRICK, CELLA, HARPER & SCINTO<br>1290 Avenue of the Americas<br>New York, NY 10104<br>msandonato@fchs.com<br>jcarlin@fchs.com<br>jsharret@fchs.com<br>dapgar@fchs.com |
| Michael J. Newton<br>Derek Neilson<br>Sang (Michael) Lee<br>ALSTON & BIRD LLP<br>2828 N. Harwood Street, Suite 1800<br>Dallas, TX 75201<br>mike.newton@alston.com<br>derek.neilson@alston.com<br>michael.lee@alston.com | Matt Warren<br>Patrick Shields<br>Brian Wikner<br>Erika Mayo<br>WARREN LEX LLP<br>2261 Market Street, No. 606<br>San Francisco, CA 94114<br>15-1170@cases.warrenlex.com |

<div style="columns: 2">

Rodger D. Smith II
Eleanor G. Tennyson
Karen Jacobs
Mirco J. Haag
MORRIS, NICHOLS, ARSHT &
 TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
rsmith@mnat.com
etennyson@mnat.com
kjacobs@mnat.com
mhaag@mnat.com

Adam W. Poff
Anne Shea Gaza
Samantha G. Wilson
Karen L. Pascale
Robert M. Vrana
YOUNG CONAWAY STARGATT &
 TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
apoff@ycst.com
agaza@ycst.com
swilson@ycst.com
kpascale@ycst.com
rvrana@ycst.com

Xavier M. Brandwajn
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303
xavier.brandwajn@alston.com

P. Andrew Blatt
WOOD HERRON & EVANS LLP
2700 Carew Tower
Cincinnati, OH 45202
dblatt@whe-law.com

Bryan G. Harrison
LOCKE LORD LLP
Terminus 200
3333 Piedmont Road NE, Suite 1200
Atlanta, GA 30305
bryan.harrison@lockelord.com

</div>

OF COUNSEL:
John Schnurer
Kevin Patariu
Ryan Hawkins
Louise Lu
Vinay Sathe
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130
(858) 720-5700

/s/ Karen E. Keller
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendants*

2

Ryan McBrayer
Jonathan Putman
Antoine M. McNamara
Stevan R. Stark
Tyler C. Peterson
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
(206) 359-8000

Dated: September 22, 2016