IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 15-1125 (GMS) |
| ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL, | ) ) ) ) | |
| Defendant. | ) | |
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 15-1126 (GMS) |
| HTC CORP. and HTC AMERICA, | ) ) | |
| Defendants. | ) | |
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 15-1127 (GMS) |
| VISUAL LAND, INC. | ) ) | |
| Defendant. | ) | |
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 15-1128 (GMS) |
| SOUTHERN TELECOM, INC., | ) ) | |
| Defendant. | ) | |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>                Plaintiffs,<br><br>     v.<br><br>DOUBLE POWER TECHNOLOGY, INC.,<br>ZOWEE MARKETING CO., LTD. and<br>SHENZEN ZOWEE TECHNOLOGY CO.,<br>LTD.,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 15-1130 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>                Plaintiffs,<br><br>     v.<br><br>YIFANG USA, INC. D/B/A E-FUN, INC.,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 15-1131 (GMS)<br>)<br>)<br>)<br>) |
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>                Plaintiffs,<br><br>     v.<br><br>ACER INC. and<br>ACER AMERICA CORPORATION,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 15-1170 (GMS)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER**

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the discovery of electronically stored information in this case shall be governed by the Court's Default Standard for Discovery, Including Discovery of Electronically Stored Information ("ESI").

| | |
|---|---|
| MCCARTER & ENGLISH, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Daniel M. Silver* | */s/ Rodger D. Smith II* |
| Michael P. Kelly (#2295)<br>Daniel M. Silver (#4758)<br>Benjamin A. Smyth (#5528)<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, DE 19801<br>(302) 984-6300<br>*mkelly@mccarter.com*<br>*dsilver@mccarter.com*<br>*bsmyth@mccarter.com* | Rodger D. Smith II (#3778)<br>Eleanor G. Tennyson (#5812)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>*rsmith@mnat.com*<br>*etennyson@mnat.com* |
| Michael P. Sandonato<br>John D. Carlin<br>Daniel A. Apgar<br>Jonathan M. Sharret<br>FITZPATRICK, CELLA, HARPER & SCINTO<br>1290 Avenue of the Americas<br>New York, New York 10104-3800<br>(212) 218-2100 | Michael J. Newton<br>Derek Neilson<br>Sang (Michael) Lee<br>ALSTON & BIRD LLP<br>2828 N. Harwood Street, Suite 1800<br>Dallas, TX 75201-2139 |
| *Attorneys for Plaintiffs* | Patrick J. Flinn<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street, Suite 4900<br>Atlanta, GA 30309-3424 |
| | Xavier M. Brandwajn<br>ALSTON & BIRD LLP<br>1950 University Avenue, 5th Floor<br>East Palo Alto, CA 94303 |
| | Ross R. Barton<br>ALSTON & BIRD LLP<br>101 South Tyron Street, Suite 4000<br>Charlotte, NC 28280-4000<br>(704) 444-1000 |
| | Matt Warren<br>Patrick Shields<br>Brian Wikner<br>Erika Mayo<br>WARREN LEX LLP<br>2261 Market Street, No. 606<br>San Francisco, CA 94114 |
| | *Attorneys for Defendants Acer, Inc., Acer America Corporation, ASUSTeK Coumputer Inc. and ASUS Computer International* |

3

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | SHAW KELLER LLP |
|---|---|
| */s/ Samantha G. Wilson* | */s/ Karen E. Keller* |
| Adam W. Poff (#3990)<br>Anne Shea Gaza (#4093)<br>Samantha G. Wilson (#5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>(302) 571-6600<br>*apoff@ycst.com*<br>*agaza@ycst.com*<br>*swilson@ycst.com*<br><br>*Attorneys for Defendant Visual Land, Inc.* | John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>Andrew E. Russell (#5382)<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE  19801<br>(302) 298-0700<br>*jshaw@shawkeller.com*<br>*kkeller@shawkeller.com*<br>*arussell@shawkeller.com*<br><br>John Schnurer<br>Kevin Patariu<br>Ryan Hawkins<br>Louise Lu<br>Vinay Sathe<br>PERKINS COIE LLP<br>11988 El Camino Real, Suite 350<br>San Diego, CA  92130<br>(858) 720-5700<br><br>Ryan McBrayer<br>Jonathan Putman<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA  98101<br>(206) 359-8000<br><br>*Attorneys for Defendants  HTC Corp. And HTC America, Inc.* |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Karen L. Pascale* | */s/ Karen Jacobs* |
| Karen L. Pascale (#2903)<br>Robert M. Vrana (#5666)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>(302) 571-6600<br>*kpascale@ycst.com*<br>*rvrana@ycst.com* | Karen Jacobs (#2881)<br>Mirco J. Haag (#6165)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>*kjacobs@mnat.com*<br>*mhaag@mnat.com* |

| | |
|---|---|
| P. Andrew Blatt<br>WOOD HERRON & EVANS LLP<br>2700 Carew Tower<br>Cincinnati, OH  45202<br>(513) 241-2324<br><br>*Attorneys for Defendant*<br>*Southern Telecom, Inc.* | Bryan G. Harrison<br>LOCKE LORD LLP<br>Terminus 200<br>3333 Piedmont Road NE, Suite 1200<br>Atlanta, GA  30305<br>(404) 870-4629<br><br>*Attorneys for Defendants*<br>*Double Power Technology, Inc.,*<br>*Zowee Marketing Co., Ltd. and*<br>*Shenzen Zowee Technology Co., Ltd.* |

SHAW KELLER LLP

*/s/ Karen E. Keller*
_____
John W. Shaw (# 3362)
Karen E. Keller (# 4489)
Andrew E. Russell (# 5382)
300 Delaware Avenue, Suite 1120
Wilmington, DE  19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com

Lucian C. Chen
Wing K. Chiu
LUCIAN C. CHEN, ESQ. PLLC
One Grand Central Place
40 East 42nd Street, Suite 4600
New York, NY  10165
(212) 710-3007

*Attorneys for Defendant*
*Yifang USA, Inc. D/B/A E-Fun Inc.*

October 7, 2016


       SO ORDERED this _____ day of October 2016.


                                        _____
                                        UNITED STATES DISTRICT JUDGE