IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>              Plaintiffs,<br><br>      v.<br><br>ASUSTEK COMPUTER INC. and<br>ASUS COMPUTER INTERNATIONAL,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 15-1125-GMS |
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>              Plaintiffs,<br><br>      v.<br><br>HTC CORP. and HTC AMERICA, INC.,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 15-1126-GMS |
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>              Plaintiffs,<br><br>      v.<br><br>VISUAL LAND, INC.,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 15-1127-GMS |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>SOUTHERN TELECOM, INC.,<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 15-1128-GMS<br>)<br>)<br>)<br>)<br>) |
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>DOUBLE POWER TECHNOLOGY, INC., ZOWEE MARKETING CO., LTD., and SHENZEN ZOWEE TECHNOLOGY CO., LTD.,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 15-1130-GMS<br>)<br>)<br>)<br>)<br>)<br>) |
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>YIFANG USA, INC. D/B/A E-FUN, INC.,<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 15-1131-GMS<br>)<br>)<br>)<br>)<br>) |

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and U.S. PHILIPS CORPORATION, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) C.A. No. 15-1170-GMS |
| ACER INC. and ACER AMERICA CORPORATION, | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 14, 2016, the following document was served on the persons listed below in the manner indicated:

1. Defendants' First Set of Requests for Production to Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (Nos. 1-41)

**BY E-MAIL**

Michael P. Kelly
Daniel M. Silver
Benjamin A. Smyth
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
mkelly@mccarter.com
dsilver@mccarter.com
bsmyth@mccarter.com

Michael P. Sandonato
John D. Carlin
Jonathan M. Sharret
Daniel A. Apgar
Robert S. Pickens
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104
msandonato@fchs.com
jcarlin@fchs.com
jsharret@fchs.com
dapgar@fchs.com
rpickens@fchs.com

Bryan G. Harrison
LOCKE LORD LLP
Terminus 200
3333 Piedmont Road NE
Suite 1200
Atlanta, GA 30305
bryan.harrison@lockelord.com

Matt Warren
Patrick Shields
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, CA 94114
15-1170@cases.warrenlex.com

Rodger D. Smith II
Eleanor G. Tennyson
Karen Jacobs
Mirco J. Haag
MORRIS, NICHOLS, ARSHT &
 TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
rsmith@mnat.com
etennyson@mnat.com
kjacobs@mnat.com
mhaag@mnat.com

Adam W. Poff
Anne Shea Gaza
Samantha G. Wilson
Karen L. Pascale
Robert M. Vrana
YOUNG CONAWAY STARGATT &
 TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
apoff@ycst.com
agaza@ycst.com
swilson@ycst.com
kpascale@ycst.com
rvrana@ycst.com

Ross R. Barton
ALSTON & BIRD LLP
Bank of America Plaza
101 South Tryon Street
Suite 4000
Charlotte, NC 28280
ross.barton@alston.com

Michael J. Newton
P. Andrew Blatt
WOOD HERRON & EVANS LLP
2700 Carew Tower
Cincinnati, OH 45202
dblatt@whe-law.com

Patrick J. Flynn
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Suite 4900
Atlanta, GA 30309
patrick.flynn@alston.com

Derek Neilson
Sang (Michael) Lee
ALSTON & BIRD LLP
2828 N. Harwood Street, Suite 1800
Dallas, TX 75201
mike.newton@alston.com
derek.neilson@alston.com
michael.lee@alston.com

Xavier M. Brandwajn
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303
xavier.brandwajn@alston.com

| | |
|---|---|
| OF COUNSEL:<br>John Schnurer<br>Kevin Patariu<br>Ryan Hawkins<br>Louise Lu<br>Vinay Sathe<br>PERKINS COIE LLP<br>11988 El Camino Real, Suite 350<br>San Diego, CA 92130<br>(858) 720-5700<br><br>Ryan McBrayer<br>Jonathan Putman<br>Antoine M. McNamara<br>Stevan R. Stark<br>Tyler C. Peterson<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101<br>(206) 359-8000 | */s/ Karen E. Keller*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Defendants HTC Corp. and HTC America, Inc.* |
| OF COUNSEL:<br>Lucian C. Chen<br>Wing K. Chiu<br>LUCIAN C. CHEN, ESQ. PLLC<br>One Grand Central Place<br>60 East 42nd Street, Suite 4600<br>New York, NY 10165<br>(212) 710-3007<br><br>Dated: October 17, 2016 | */s/ Karen E. Keller*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Defendant YiFang USA, Inc. D/B/A E-Fun Inc.* |