**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,.<br><br>   Plaintiffs,<br><br> v.<br><br>ASUSTEK COMPUTER INC.,<br>ASUS COMPUTER INTERNATIONAL,<br><br>   Defendants. | C.A. No. 15-1125-GMS |
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,.<br><br>   Plaintiffs,<br><br> v.<br><br>HTC CORP., HTC AMERICA, INC.,<br><br>   Defendants. | C.A. No. 15-1126-GMS |
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,.<br><br>   Plaintiffs,<br><br> v.<br><br>VISUAL LAND, INC.,<br><br>   Defendant. | C.A. No. 15-1127-GMS |

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,.

        Plaintiffs,

    v.

SOUTHERN TELECOM INC.,

        Defendant.

C.A. No. 15-1128-GMS

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,.

        Plaintiffs,

    v.

DOUBLE POWER TECHNOLOGY, INC.,
ZOWEE MARKETING CO., LTD.,
SHENZEN ZOWEE TECHNOLOGY CO.,
LTD.,

        Defendants.

C.A. No. 15-1130-GMS

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,.

        Plaintiffs,

    v.

YIFANG USA, INC. D/B/A E-FUN, INC.,

        Defendant.

C.A. No. 15-1131-GMS

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,.

        Plaintiffs,

    v.

ACER INC.,
ACER AMERICA CORPORATION,

        Defendants.

C.A. No. 15-1170-GMS

## STIPULATION AND [PROPOSED] ORDER PERMITTING INTERVENTION BY MICROSOFT CORPORATION IN CERTAIN ACTIONS AND ADJUSTING THE CASE SCHEDULE IN ALL ACTIONS

WHEREAS, plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") filed complaints in the above-captioned actions against defendants ASUSTeK Computer Inc., ASUS Computer International, HTC Corp., HTC America, Inc., Visual Land, Inc., Southern Telecom Inc., Double Power Technology, Inc., Zowee Marketing Co., Ltd., Shenzen Zowee Technology Co., Ltd., YiFang USA, Inc. D/B/A E-Fun, Inc., Acer, Inc., and Acer America Corporation (collectively, "Defendants"), accusing various of Defendants' smartphones, tablet computers, notebooks, and PC computers (hereinafter the "Accused Devices") of patent infringement;

WHEREAS, ASUSTeK Computer Inc., ASUS Computer International, Visual Land, Inc., Double Power Technology, Inc., Zowee Marketing Co., Ltd., Shenzen Zowee Technology Co., Ltd., YiFang USA, Inc. D/B/A E-Fun, Inc., Acer, Inc., and Acer America Corporation (collectively, the "Microsoft Customer Defendants") are customers of proposed intervenor Microsoft Corporation ("Microsoft"), and certain of the Accused Devices in those actions, when sold by the Microsoft Customer Defendants, are pre-loaded with Microsoft's Windows software;

WHEREAS, Microsoft believes that the infringement allegations against the Microsoft Customer Defendants in these actions relating to U.S. Patent Nos. RE 44,913, 6,690,387, 7,184,064, 6,522,695, and RE 43,564 (collectively, the "Microsoft-Asserted Patents") are based at least in part upon the inclusion of Microsoft's Windows software in certain Accused Devices;

WHEREAS, as the developer and supplier of the accused Windows functionality, Microsoft contends that it has a strong interest in defending its software and represents that it wishes to intervene in the cases involving the Microsoft Customer Defendants so that it can participate in these litigations;

WHEREAS, Microsoft possesses technical documents concerning its Windows software, Microsoft employs individuals who are knowledgeable about technical issues concerning its Windows software, and Microsoft believes that its participation in these cases as a party would greatly facilitate the taking of relevant discovery;

WHEREAS, Philips and Microsoft have agreed upon dates by which to exchange the disclosures under FRCP 26 and the Delaware default standard that already have taken place between the existing parties in these cases and have further agreed on limited scheduling order revisions to accommodate Microsoft's entry into these cases, all of which proposed date changes are set forth below and none of which would impact the Court's calendar; and

WHEREAS, the Microsoft Customer Defendants do not oppose Microsoft's intervention into their actions, and all parties to these actions have agreed to the proposed modifications to the case schedule set forth below,

IT IS HEREBY STIPULATED AND AGREED by the parties, pursuant to Rule 24 of the Federal Rules of Civil Procedure, and subject to the approval and order of the Court, as follows:

1.      Microsoft Corporation is granted permission to intervene in the actions against the Microsoft Customer Defendants (Case Nos. 15-1125-GMS, 15-1127-GMS, 15-1130-GMS, 15-1131-GMS, and 15-1170-GMS), and to file the Complaints in Intervention for Declaratory Judgment of Non-Infringement that are attached hereto as Exhibits A-E in the corresponding actions.  The filing of Microsoft's Complaints in Intervention for Declaratory Judgment of Non-Infringement shall be without prejudice to Philips' right to challenge the sufficiency of these pleadings or to its right to assert any defense.

2.      Upon the filing of the Complaints in Intervention for Declaratory Judgment of Non-Infringement that are attached hereto as Exhibits A-E, the captions of Case Nos. 15-1125-GMS, 15-1127-GMS, 15-1130-GMS, 15-1131-GMS, and 15-1170-GMS shall be as set forth in Exhibits A-E.

3.      The scheduling order entered in each of the above-captioned cases is hereby amended as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| As between Philips and Microsoft only, initial disclosures (Rule 26(a) and Delaware Default Standard Paragraphs 3 and 4(a)) with respect to the Microsoft-Asserted Patents | | November 7, 2016 |
| As between Philips and Microsoft only, Delaware Default Standard Paragraph 4(b) production with respect to the Microsoft-Asserted Patents | | November 18, 2016 |
| As between Philips and Microsoft only, Delaware Default Standard Paragraph 4(c) contentions with respect | | December 9, 2016 |

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| to the Microsoft-Asserted Patents | | |
| As between Philips and Microsoft only, Delaware Default Standard Paragraph 4(d) contentions with respect to the Microsoft-Asserted Patents | | December 23, 2016 |
| With respect to all parties, exchange of claim terms for construction | December 2, 2016 | January 6, 2017 |
| With respect to all parties, exchange proposed claim constructions | December 23, 2016 | January 20, 2017 |
| With respect to all parties, file Final Joint Claim Chart | January 20, 2017 | February 10, 2017 |
| With respect to all parties, opening Claim Construction Briefs | February 17, 2017 | March 3, 2017 |
| With respect to all parties, answering Claim Construction Briefs | March 17, 2017 | March 31, 2017 |

MCCARTER & ENGLISH, LLP

*/s/ Daniel M. Silver*

_____

Michael P. Kelly (#2295)
Daniel M. Silver (#4758)
Benjamin A. Smyth (#5528)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
mkelly@mccarter.com
dsilver@mccarter.com
bsmyth@mccarter.com

Michael P. Sandonato
John D. Carlin
Daniel A. Apgar
Jonathan M. Sharret
FITZPATRICK, CELLA, HARPER &
SCINTO
1290 Avenue of the Americas
New York, NY 10104-3800
(212) 218-2100

*Attorneys for Plaintiffs*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

_____

Rodger D. Smith II (#3778)
Eleanor G. Tennyson (#5812)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@mnat.com
etennyson@mnat.com

Michael J. Newton
Derek Neilson
Sang (Michael) Lee
ALSTON & BIRD LLP
2828 N. Harwood Street, Suite 1800
Dallas, TX 75201-2139

Patrick J. Flinn
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424

Xavier M. Brandwajn
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303

Ross R. Barton
ALSTON & BIRD LLP
101 South Tyron Street, Suite 4000
Charlotte, NC 28280-4000
(704) 444-1000

Matt Warren
Patrick Shields
Brian Wikner
Erika Mayo
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, CA 94114

*Attorneys for Defendants Acer, Inc., Acer
America Corporation, ASUSTeK Coumputer
Inc. and ASUS Computer International*

{01161690;v1 }

7

YOUNG CONAWAY STARGATT
   & TAYLOR, LLP

*/s/ Samantha G. Wilson*
_____
Adam W. Poff (#3990)
Anne Shea Gaza (#4093)
Samantha G. Wilson (#5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
agaza@ycst.com
swilson@ycst.com

*Attorneys for Defendant Visual Land, Inc.*

SHAW KELLER LLP

*/s/ Karen E. Keller*
_____
John W. Shaw (# 3362)
Karen E. Keller (# 4489)
Andrew E. Russell (# 5382)
300 Delaware Avenue, Suite 1120
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com

John Schnurer
Kevin Patariu
Ryan Hawkins
Louise Lu
Vinay Sathe
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130
(858) 720-5700

Ryan McBrayer
Jonathan Putman
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
(206) 359-8000

*Attorneys for Defendants HTC Corp. and HTC America, Inc.*

YOUNG CONAWAY STARGATT
   & TAYLOR, LLP

*/s/ Robert M. Vrana*

_____

Karen L. Pascale (#2903)
Robert M. Vrana (# 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
kpascale@ycst.com
rvrana@ycst.com

P. Andrew Blatt
WOOD HERRON & EVANS LLP
2700 Carew Tower
Cincinnati, OH 45202
(513) 241-2324

*Attorneys for Defendant Southern Telecom, Inc.*

MORRIS, NICHOLS, ARSHT
   & TUNNELL LLP

*/s/ Karen Jacobs*

_____

Karen Jacobs (#2881)
Mirco J. Haag (#6165)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@mnat.com
mhaag@mnat.com

Bryan G. Harrison
LOCKE LORD LLP
Terminus 200
3333 Piedmont Road NE, Suite 1200
Atlanta, GA 30305
(404) 870-4629

*Attorneys for Defendants*
*Double Power Technology, Inc.,*
*Zowee Marketing Co., Ltd. and*
*Shenzen Zowee Technology Co., Ltd.*

| | |
|---|---|
| SHAW KELLER LLP | ASHBY & GEDDES |
| /s/ *Karen E. Keller* | /s/ *Steven J. Balick* |

| | |
|---|---|
| John W. Shaw (# 3362) | Steven J. Balick (#2114) |
| Karen E. Keller (# 4489) | Andrew C. Mayo (#5207) |
| Andrew E. Russell (# 5382) | 500 Delaware Avenue, 8th Floor |
| 300 Delaware Avenue, Suite 1120 | P.O. Box 1150 |
| Wilmington, DE 19801 | Wilmington DE 19899 |
| (302) 298-0700 | (302) 654-1888 |
| jshaw@shawkeller.com | sbalick@ashby-geddes.com |
| kkeller@shawkeller.com | amayo@ashby-geddes.com |
| arussell@shawkeller.com | |

| | |
|---|---|
| Lucian C. Chen | Chad S. Campbell |
| Wing K. Chiu | Jared W. Crop |
| LUCIAN C. CHEN, ESQ. PLLC | PERKINS COIE LLP |
| One Grand Central Place | 2901 N. Central Avenue, Suite 2000 |
| 60 East 42nd Street, Suite 4600 | Phoenix, AZ  85012-2788 |
| New York, NY 10165 | (602) 351-8000 |
| (212) 710-3007 | |

| | |
|---|---|
| *Attorneys for Defendant YiFang USA, Inc.* | Judith Jennison |
| *D/B/A E-Fun, Inc.* | Christina McCullough |
| | PERKINS COIE LLP |
| | 1201 Third Avenue, Suite 4900 |
| | Seattle, WA  98101-3099 |
| | (206) 359-8000 |

*Attorneys for Intervenor Microsoft Corporation*

SO ORDERED, this _____ day of _____ 2016.

_____

United States District Judge