IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> HTC CORP. and HTC AMERICA, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 15-1126-GMS <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on November 21, 2016, the following document was served on the persons listed below in the manner indicated:

1. Defendant HTC Corp. and HTC America, Inc.'s Answers to Plaintiffs' First Set of Interrogatories to the HTC Defendants

**BY E-MAIL**

Michael P. Kelly
Daniel M. Silver
Benjamin A. Smyth
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
mkelly@mccarter.com
dsilver@mccarter.com
bsmyth@mccarter.com

Michael P. Sandonato
John D. Carlin
Jonathan M. Sharret
Daniel A. Apgar
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104
(212) 218-2100
msandonato@fchs.com
jcarlin@fchs.com
jsharret@fchs.com
dapgar@fchs.com

|  |  |
|---|---|
| OF COUNSEL:<br>John Schnurer<br>Kevin Patariu<br>Ryan Hawkins<br>Louise Lu<br>Vinay Sathe<br>PERKINS COIE LLP<br>11988 El Camino Real, Suite 350<br>San Diego, CA 92130<br>(858) 720-5700<br><br>Ryan McBrayer<br>Jonathan Putman<br>Antoine M. McNamara<br>Stevan R. Stark<br>Tyler C. Peterson<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101<br>(206) 359-8000 | /s/ Nathan R. Hoeschen<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Defendants* |

Dated: November 21, 2016