IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>        Plaintiffs,<br><br>        v.<br><br>HTC CORP. and HTC AMERICA, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 15-1126-GMS<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS HTC CORP. AND HTC AMERICA, INC.'S**
**NOTICE OF JOINDER IN ACER'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendants HTC Corp. and HTC America, Inc. (collectively, "HTC") hereby join the Motion for Judgment on the Pleadings filed concurrently in *Koninklijke Philips N.V. and U.S. Philips Corporation v. Acer Inc. and Acer America Corp.*, C.A. No. 15-1170-GMS (the "Acer Action") by defendants to the Acer Action, Acer Inc. and Acer America Corp (collectively, "Acer"). HTC fully incorporates by reference the arguments set forth in Acer's Opening Brief in support of its Motion for Judgment on the Pleadings ("Acer's Opening Brief"), filed concurrently in the Acer Action.

In their Second Amended Complaint ("SAC") in this action (D.I. 73), Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation (collectively, "Philips") assert essentially the same fifth and eleventh claims for relief as Philips' SAC against Acer (Acer Action, D.I. 82).

Accordingly, the Court should dismiss with prejudice the fifth and eleventh claims for relief in Philips' SAC against HTC for the same reasons set forth in Acer's Opening Brief.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | */s/ Nathan R. Hoeschen* |
| OF COUNSEL: | John W. Shaw (No. 3362) |
| John P. Schnurer | Karen E. Keller (No. 4489) |
| Kevin L. Patariu | Andrew E. Russell (No. 5382) |
| Ryan B. Hawkins | Nathan R. Hoeschen (No. 6232) |
| Yun L. Lu | SHAW KELLER LLP |
| PERKINS COIE LLP | 300 Delaware Avenue, Suite 1120 |
| 11988 El Camino Real, Suite 350 | Wilmington, DE 19801 |
| San Diego, CA 92130 | (302) 298-0700 |
| (858) 720-5700 | nhoeschen@shawkeller.com |
|  | *Attorneys for Defendants HTC Corporation* |
| Ryan L. McBrayer | *and HTC America, Inc.* |
| Antoine M. McNamara |  |
| Tyler C. Peterson |  |
| Jonathan R. Putman |  |
| Stevan R. Stark |  |
| PERKINS COIE LLP |  |
| 1201 Third Avenue, Suite 4900 |  |
| Seattle, WA 98101 |  |
| (206) 359-8000 |  |

Dated: December 23, 2016