IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>        Plaintiffs,<br><br>        v.<br><br>HTC CORP. and HTC AMERICA, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 15-1126-GMS<br>)<br>)<br>)<br>) |

**DEFENDANTS HTC CORP. AND HTC AMERICA, INC.'S NOTICE
OF JOINDER IN ACER'S MOTION TO STAY PENDING INTER PARTES REVIEW**

Defendants HTC Corp. and HTC America, Inc. (collectively, "HTC") hereby join the Motion to Stay Pending *Inter Partes* Review filed concurrently in *Koninklijke Philips N.V. and U.S. Philips Corporation v. Acer Inc. and Acer America Corp.*, C.A. No. 15-1170-GMS (the "Acer Action") by defendants to the Acer Action, Acer Inc. and Acer America Corp (collectively, "Acer"). Acer Action, D.I. 114. HTC fully incorporates by reference the arguments set forth in Acer's Opening Brief in support of its Motion to Stay Pending Inter Partes Review ("Acer's Opening Brief"). Acer Action, D.I. 115.

Google Inc. has petitioned for *inter partes* review of six of the eleven patents asserted in this case: United States Patent Nos. RE44,913, Case Nos. IPR 2017-00386 and IPR 2017-00387; RE43,564, Case Nos. IPR 2017-00388 and IPR 2017-389; 7,529,806, Case No. 2017-00447; 6,772,114, Case No. 2017-00437; 6,690,387, Case Nos. IPR 2017-00408 and IPR 2017-00409; and 7,184,064, Case Nos. 2017-00410 and 2017-0041. The resolution of these *inter partes* review proceedings may simplify or eliminate disputed issues in this case. Moreover, to the extent the Acer Action is stayed, principles of judicial economy favor staying this action as well

because it involves the same asserted patents and much of the same accused functionality.

Accordingly, HTC joins Acer's Motion to Stay Pending Inter Partes Review. To the extent this action is stayed, HTC further agrees to be estopped from asserting any invalidity contention that is actually raised and finally adjudicated in the IPR proceedings that Google's Petitions have initiated on patents asserted in this action.

|  |  |
|---|---|
| OF COUNSEL: | /s/ Andrew E. Russell |
| John Schnurer | John W. Shaw (No. 3362) |
| Kevin Patariu | Karen E. Keller (No. 4489) |
| Ryan Hawkins | Andrew E. Russell (No. 5382) |
| Louise Lu | Nathan R. Hoeschen (No. 6232) |
| Vinay Sathe | SHAW KELLER LLP |
| PERKINS COIE LLP | 300 Delaware Avenue, Suite 1120 |
| 11988 El Camino Real, Suite 350 | Wilmington, DE 19801 |
| San Diego, CA 92130 | (302) 298-0700 |
| (858) 720-5700 | arussell@shawkeller.com |
|  | *Attorneys for Defendants* |

Ryan McBrayer
Jonathan Putman
Antoine M. McNamara
Stevan R. Stark
Tyler C. Peterson
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
(206) 359-8000

Dated: January 27, 2017