IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V. and<br>U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>HTC CORP. and HTC AMERICA, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 15-1126-GMS<br>)<br>)<br>)<br>) |

**NOTICE OF SUBSEQUENT AUTHORITY**
**IN SUPPORT OF DEFENDANTS' MOTION TO STAY**

Pursuant to D. Del. LR 7.1.2(b), Defendants HTC Corporation and HTC America, Inc. (collectively, "HTC") hereby provide this notice of subsequent authority relating to the pending Motion to Stay Pending *Inter Partes* Review filed in *Koninklijke Philips N.V. and U.S. Philips Corporation v. Acer Inc. and Acer America Corp.*, C.A. No. 15-1170-GMS (the "Acer Action"). Acer Action, D.I. 114 (*hereinafter*, "the Motion").[1]  The Motion seeks a stay of this and related cases pending resolution of ten IPR petitions that non-party Google Inc. ("Google") filed between December 5 and December 9, 2016.  Motion at 8.

HTC files this notice to inform the Court that on February 9th and 10th, 2017, HTC filed three additional IPR petitions concerning three asserted patents that Google's IPRs do not address: U.S. Patent Nos. 5,910,797, 6,522,695, and RE44,006.[2]  Thus, whereas the Motion argued (based upon the facts available at that time) that the IPRs could obviate the need to address "six of the asserted patents and five of the nine separate functionalities" at issue (Motion

---

[1] HTC joined the Motion on January 27, 2017.  D.I. 88.
[2] Copies of HTC's new petitions are attached hereto as Exhibits A-C.

at 8), as well as "37 of the 67 asserted claims" (Motion at 14), as of February 13, 2017, the now-pending IPRs actually cover *nine* of the eleven patents, *eight* of the nine separate functionalities, and *forty-three* of the sixty-seven asserted claims at issue in Philips' cases against HTC and the other defendants in the related Philips cases.

| | |
|---|---|
| | */s/ Andrew E. Russell* |
| OF COUNSEL: | John W. Shaw (No. 3362) |
| John Schnurer | Karen E. Keller (No. 4489) |
| Kevin Patariu | Andrew E. Russell (No. 5382) |
| Ryan Hawkins | Nathan R. Hoeschen (No. 6232) |
| Louise Lu | SHAW KELLER LLP |
| Vinay Sathe | 300 Delaware Avenue, Suite 1120 |
| PERKINS COIE LLP | Wilmington, DE 19801 |
| 11988 El Camino Real, Suite 350 | (302) 298-0700 |
| San Diego, CA 92130 | arussell@shawkeller.com |
| (858) 720-5700 | *Attorneys for Defendants* |

Ryan McBrayer
Jonathan Putman
Antoine M. McNamara
Stevan R. Stark
Tyler C. Peterson
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
(206) 359-8000

Dated: February 13, 2017