IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KONINKLIJKE PHILIPS N.V. and <br> U.S. PHILIPS CORPORATION, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | C.A. No. 15-1126-GMS |
| HTC CORP. and HTC AMERICA, INC., | ) <br> ) | |
| Defendants. | ) | |

## **NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on June 2, 2017, the following document was served on the persons listed below in the manner indicated as well as by e-mail to PhilipsProsecutionBar@fchs.com:

1. HTC Corp. and HTC America, Inc.'s First Supplemental Response and Objections to Koninklijke Philips N.V. and U.S. Philips Corporation's Interrogatory No. 4

**BY E-MAIL**
Michael P. Kelly
Daniel M. Silver
Benjamin A. Smyth
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
mkelly@mccarter.com
dsilver@mccarter.com
bsmyth@mccarter.com

| | |
|---|---|
| OF COUNSEL:<br>John Schnurer<br>Kevin Patariu<br>Ryan Hawkins<br>Louise Lu<br>Vinay Sathe<br>PERKINS COIE LLP<br>11988 El Camino Real, Suite 350<br>San Diego, CA 92130<br>(858) 720-5700<br><br>Ryan McBrayer<br>Jonathan Putman<br>Antoine M. McNamara<br>Stevan R. Stark<br>Tyler C. Peterson<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101<br>(206) 359-8000<br><br>Dated: June 5, 2017 | /s/ Karen E. Keller<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>*Attorneys for Defendants* |