**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>    **Plaintiffs,**<br><br>  v.<br><br>**ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL,**<br><br>    **Defendants.** | Case No.: 15-1125-GMS<br><br>JURY TRIAL DEMANDED |
| **MICROSOFT CORPORATION,**<br><br>    **Intervenor-Plaintiff,**<br><br>  v.<br><br>**KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>    **Intervenor-Defendants.** | |
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>    **Intervenor-Defendants/Counterclaim Plaintiffs in Intervention**<br><br>  v.<br><br>**MICROSOFT CORPORATION**<br><br>    **Intervenor-Plaintiff/Counterclaim Defendant in Intervention**<br><br>**AND** | |

| | |
|---|---|
| **MICROSOFT MOBILE INC.** <br><br> **Counterclaim Defendant in Intervention** | |
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **HTC CORP., HTC AMERICA, INC.** <br><br> **Defendants.** | Case No.: 15-1126-GMS <br><br> **JURY TRIAL DEMANDED** |
| **MICROSOFT CORPORATION,** <br><br> **Intervenor-Plaintiff,** <br><br> v. <br><br> **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,** <br><br> **Intervenor-Defendants.** | |
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,** <br><br> **Intervenor-Defendants/Counterclaim Plaintiffs in Intervention** <br><br> v. <br><br> **MICROSOFT CORPORATION** <br><br> **Intervenor-Plaintiff/Counterclaim Defendant in** | |

|  |  |
|---|---|
| **Intervention** | |
| **AND** | |
| **MICROSOFT MOBILE INC.** | |
|       **Counterclaim Defendant in Intervention** | |
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,** | |
|       **Plaintiffs,** | Case No.: 15-1130-GMS |
|   **v.** | **JURY TRIAL DEMANDED** |
| **DOUBLE POWER TECHNOLOGY, INC., ZOWEE MARKETING CO., LTD., SHENZEN ZOWEE TECHNOLOGY CO., LTD.** | |
|       **Defendants.** | |
| **MICROSOFT CORPORATION,** | |
|       **Intervenor-Plaintiff,** | |
|   **v.** | |
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,** | |
|       **Intervenor-Defendants.** | |
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,** | |
|       **Intervenor-Defendants/Counterclaim Plaintiffs in Intervention** | |

|  |  |
|---|---|
| **v.**<br><br>**MICROSOFT CORPORATION**<br><br>       Intervenor-Plaintiff/Counterclaim Defendant in Intervention<br><br>**AND**<br><br>**MICROSOFT MOBILE INC.**<br><br>       Counterclaim Defendant in Intervention |  |
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>       **Plaintiffs,**<br><br>       **v.**<br><br>**YIFANG USA, INC. D/B/A E-FUN, INC.,**<br><br>       **Defendant.** | Case No.: 15-1131-GMS<br><br>**JURY TRIAL DEMANDED** |
| **MICROSOFT CORPORATION,**<br><br>       **Intervenor-Plaintiff,**<br><br>       **v.**<br><br>**KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>       **Intervenor-Defendants.** |  |
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,**<br><br>       **Intervenor-Defendants/Counterclaim** |  |

|  |  |
|---|---|
| **Plaintiffs in Intervention** | |
| v. | |
| **MICROSOFT CORPORATION** | |
| Intervenor-Plaintiff/Counterclaim Defendant in Intervention | |
| **AND** | |
| **MICROSOFT MOBILE INC.** | |
| Counterclaim Defendant in Intervention | |
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,** | |
| Plaintiffs, | Case No.: 15-1170-GMS |
| v. | JURY TRIAL DEMANDED |
| **ACER INC., ACER AMERICA CORPORATION,** | |
| Defendants. | |
| **MICROSOFT CORPORATION,** | |
| Intervenor-Plaintiff, | |
| v. | |
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,** | |
| Intervenor-Defendants. | |
| **KONINKLIJKE PHILIPS N.V., U.S. PHILIPS CORPORATION,** | |

|  |
|---|
| **Intervenor-Defendants/Counterclaim Plaintiffs in Intervention**<br><br>v.<br><br>**MICROSOFT CORPORATION**<br><br>**Intervenor-Plaintiff/Counterclaim Defendant in Intervention**<br><br>**AND**<br><br>**MICROSOFT MOBILE INC.**<br><br>**Counterclaim Defendant in Intervention** |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the parties,[1] subject to the approval of the Court, that certain deadlines in the case scheduling order be amended as follows:

| Case Event | Current Deadline | Proposed Amended Deadline |
|---|---|---|
| Supplemental Validity Contentions | December 8, 2017 | January 5, 2018 |
| Final Infringement Contentions | December 8, 2017 | February 2, 2018 |
| Final Invalidity Contentions | January 12, 2018 | March 16, 2018 |
| Final Non-Infringement Contentions | January 12, 2018 | March 16, 2018 |
| Final Validity Contentions | February 9, 2018 | April 13, 2018 |
| Close of Fact Discovery | February 16, 2018 | April 27, 2018 |
| Opening Expert Reports | March 16, 2018 | May 18, 2018 |

---

[1] Although this stipulation applies to the Microsoft entities in C.A. No. 15-1127-GMS, it does not apply to Visual Land, Inc. ("Visual Land"). Visual Land is currently without counsel and therefore unable to participate in these proceedings. Plaintiffs will work with Visual Land and its anticipated replacement counsel separately to address scheduling regarding Visual Land.

| Rebuttal Expert Reports | April 27, 2018 | June 29, 2018 |
|---|---|---|
| Close of Expert Discovery | June 22, 2018 | August 10, 2018 |
| Opening Summary Judgment Letter Briefs | June 29, 2018 | August 17, 2018 |
| Answering Letter Briefs | July 13, 2018 | August 31, 2018 |
| Reply Letter Briefs | July 20, 2018 | September 7, 2018 |
| Summary Judgment – Opening Briefs | 14 Days After Order | 14 Days After Order |
| Summary Judgment – Answering Briefs | By Local Rule | By Local Rule |
| Summary Judgment – Reply Briefs | By Local Rule | By Local Rule |
| Trial Planning Conference | September 11, 2018 | No Change |
| First Pretrial Order | November 30, 2018 | No Change |
| First Pretrial Conference | December 17, 2018 | No Change |
| First Trial | January 7, 2019 | No Change |

The parties jointly respectfully request these extensions to allow the parties additional time to complete discovery and formulate their final contentions.

| MCCARTER & ENGLISH, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Daniel M. Silver* | */s/ Rodger D. Smith* |
| Michael P. Kelly (# 2295) | Rodger D. Smith II (#3778) |
| Daniel M. Silver (# 4758) | Eleanor G. Tennyson (#5812) |
| Benjamin A. Smyth (# 5528) | 1201 North Market Street |
| Renaissance Centre | P.O. Box 1347 |
| 405 North King Street, 8th Floor | Wilmington, Delaware, 19899 |
| Wilmington, DE 19801 | (302) 658-9200 |
| (302) 984-6300 | rsmith@mnat.com |
| mkelly@mccarter.com | etennyson@mnat.com |
| dsilver@mccarter.com | |
| bsmyth@mccarter.com | OF COUNSEL |

**Plaintiff side OF COUNSEL:**

Michael P. Sandonato
John D. Carlin
Jonathan M. Sharret
Daniel A. Apgar
Robert S. Pickens
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, New York 10104-3800
Tel: (212) 218-2100
Fax: (212) 218-2200
*msandonato@fchs.com*
*jcarlin@fchs.com*
*jsharret@fchs.com*
*dapgar@fchs.com*
*rpickens@fchs.com*

*Attorneys for Plaintiff*

**Defendant side OF COUNSEL:**

Matt Warren
Patrick M. Shields
Brian Wikner
Erika Mayo
WARREN LEX LLP
2261 Market Street, No. 606
San Francisco, California, 94114
(415) 895-2940

Bruce R. Genderson
Kevin Hardy
Aaron P. Maurer
David M. Krinsky
Christopher A. Suarez
Christopher S. Geyer
Kyle E. Thomason
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

Kai Tseng
Hsiang ("James") H. Lin
Craig Kaufman
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, California, 94065

*Attorneys for Acer, Inc. and Acer America Corporation*

| SHAW KELLER LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Karen E. Keller | /s/ Rodger D. Smith |
| John W. Shaw (No. 3362) | Rodger D. Smith II (#3778) |
| Karen E. Keller (No. 4489) | Eleanor G. Tennyson (#5812) |
| Andrew E. Russell (No. 5382) | 1201 North Market Street |
| I.M. Pei Building | P.O. Box 1347 |
| 1105 North Market Street, 12th Floor | Wilmington, Delaware, 19899 |
| Wilmington, DE 19801 | (302) 658-9200 |
| (302) 298-0700 | rsmith@mnat.com |
| jshaw@shawkeller.com | etennyson@mnat.com |
| kkeller@shawkeller.com | |
| arussell@shawkeller.com | OF COUNSEL |
| | |
| OF COUNSEL: | Matt Warren |
| | Patrick M. Shields |
| Lucian C. Chen | Brian Wikner |
| Wing K. Chiu | Erika Mayo |
| LUCIAN C. CHEN, ESQ. PLLC | WARREN LEX LLP |
| One Grand Central Place | 2261 Market Street, No. 606 |
| 60 East 42nd Street, Suite 4600 | San Francisco, California, 94114 |
| New York, New York, 10165 | (415) 895-2940 |
| | |
| *Attorneys for YiFang USA, Inc. D/B/A E-Fun, Inc.* | Bruce R. Genderson |
| | Kevin Hardy |
| | Aaron P. Maurer |
| | David M. Krinsky |
| | Christopher A. Suarez |
| | Christopher S. Geyer |
| | Kyle E. Thomason |
| | WILLIAMS & CONNOLLY LLP |
| | 725 Twelfth Street, N.W. |
| SHAW KELLER LLP | Washington, DC 20005 |
| | (202) 434-5000 |
| /s/ Karen E. Keller | |
| John W. Shaw (No. 3362) | Michael J. Newton |
| Karen E. Keller (No. 4489) | Derek S. Neilson |
| Andrew E. Russell (No. 5382) | Sang (Michael) Lee |
| I.M. Pei Building | ALSTON & BIRD LLP |
| 1105 North Market Street, 12th Floor | 2828 North Harwood Street, Suite 1800 |
| Wilmington, DE 19801 | Dallas, Texas, 75201 |
| (302) 298-0700 | |
| jshaw@shawkeller.com | Ross R. Barton |
| kkeller@shawkeller.com | ALSTON & BIRD LLP |
| arussell@shawkeller.com | 101 South Tyron Street, Suite 4000 |
| | Charlotte, North Carolina, 28280 |

ME1 26236823v.1

OF COUNSEL:

John Schnurer
Kevin Patariu
Ryan Hawkins
Louise Lu
Vinay Sathe
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, California, 92130

Ryan McBrayer
Jonathan Putman
Antoine McNamara
Stevan Stark
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington, 98101

*Attorneys for Defendants HTC Corp. and HTC America, Inc.*


SHAW KELLER LLP

*/s/ Karen E. Keller*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
I.M. Pei Building
1105 North Market Street,12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
arussell@shawkeller.com

OF COUNSEL:

Chad S. Campbell
Jared W. Crop
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012
(602) 351-8000

Xavier M. Brandwajn
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, California, 94303

Patrick J. Flinn
ALSTON & BIRD LLP
1201 West Peachtree Street, Suite 4900
Atlanta, Georgia, 30309

*Attorneys for ASUSTeK Computer Inc.
and ASUS Computer International*


MORRIS, NICHOLS, ARCHT & TUNNELL LLP

*/s/ Karen Jacobs*
Karen Jacobs (# 2881)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
kjacobs@mnat.com

Bryan G. Harrison
LOCKE LORD LLP
Terminus 200
3333 Piedmont Road NE, Suite 1200
Atlanta, GA 30305
(404) 870-4629
Bryan.harrison@lockelord.com

*Attorneys for Defendants
Double Power Technology, Inc.,
Zowee Marketing Co., Ltd. and
Shenzen Zowee Technology Co., Ltd.*

Judith Jennison
Christina McCullough
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101
(206) 359-8000

Patrick J. McKeever
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130
(858) 720-5722

*Attorneys for Intervenor Plaintiffs Microsoft Corporation and Microsoft Mobile Inc.*

Dated: December 6, 2017

   SO ORDERED this _____ day of _____, 2017.

                     _____
                     THE HONORABLE GREGORY M. SLEET
                     UNITED STATES DISTRICT JUDGE