AO 88A (Rev. 12/13) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 15-1125, 15-1126, 15-1127, 15-1130, 15-1131, 15-1170

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Intel Corporation on *(date)* 01/23/2018.

☑ I served the subpoena by delivering a copy to the named individual as follows: Anna Williams, Senior Administrative Assistant, 2200 Mission College Boulevard, Santa Clara, California 95054 on *(date)* 01/23/2018 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 46.00 .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 01/23/2018

*Server's signature*

Len Warren
*Printed name and title*
225 West Winton Avenue #203
Hayward, California 94544

*Server's address*

Additional information regarding attempted service, etc.:

*Anna Williams is a Caucasian female, approximately 60 years of age, 5' - 4" in height, 160 pounds with white hair. She wore eyeglasses. The time of serice was 3:27 p.m.